

Exhibit 1

Grievance No.: 12.2.18

14-5B

## INMATE/RESIDENT GRIEVANCE

| FULL NAME: | Joseph Dickerson | | |
|---|---|---|---|
| NUMBER: | 186877 | HOUSING ASSIGNMENT: | G15-210 |

INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)?  ☐ YES  ☒ NO

### GRIEVANCE CATEGORY (CIRCLE ONE):

| 1. Facility Staff | 8. Dental Services | 15. Housing |
|---|---|---|
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

Director Bryan Stirling of South Carolina Dept of Corrections has willfully and knowingly abused his discretionary authority by ordering an unreasonable out-of-state 700 mile away transfer which in fact violates the Equal Protection and Due Process Clause of the Federal Constitution. This transfer is a punishment ordered by the Director without fair notice or hearing. This is my second attempt to exhaust this matter as the first grievance to this day has not been responded to which was filed and hand-delivered to SCDC officials before actually leaving the state. Once the first group of inmates was transferred, I immediately filed a grievance protesting the transfer out of state. I filed grievance on 6-20-18 one day before the second group was transferred. The first group was transferred on 6-19-18. This transfer has caused unfair prejudice, hardship to myself, family and attorney in regards to visitation and ongoing legal matters.

**Requested Action:** (Attach additional pages if necessary)

That I immediately be returned to S.C. medium institution with no retaliation from the Department of Corrections or their officials and a publicly announced apology to cure the slanderous allegations that I'm "Problematic."

Inmate/Resident's Signature: _Joseph P. Dickerson_ #186877  Date Submitted: 10/11/18

Page 1 of 2

RECEIVED

03/07

Grievance No.: _____          14-5B

**RESPONDING STAFF MEMBER'S REPORT:** (Attach additional pages if necessary. All pages must include the grievance number.)

**RESPONDING STAFF MEMBER'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

This is a South Carolina Issue logged on 12/11/208

Responding Staff Member's Printed Name: T. Brown    Title: C C
Responding Staff Member's Signature: _____    Date: _____
Inmate/Resident's Signature (upon receipt): _____    Date: _____

**INMATE/RESIDENT APPEAL** (Attach additional pages if necessary. All pages must include the grievance number.)

**WARDEN/ADMINISTRATOR'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Warden/Administrator's Signature: _____    Date: _____
Inmate/Resident's Signature (upon receipt) _____    Date: _____

Exhibit 2

Grievance No.: 12.1.18

14-5B

## INMATE/RESIDENT GRIEVANCE

| FULL NAME: | Joseph Dickerson | | |
|---|---|---|---|
| NUMBER: | 186877 | HOUSING ASSIGNMENT: | G15-210 |

INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)?  ☐ YES  ☒ NO

**GRIEVANCE CATEGORY (CIRCLE ONE):**

| 1. Facility Staff | 8. Dental Services | 15. Housing |
|---|---|---|
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | **20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights)** |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

"OUT-OF-STATE PRISON TRANSFER STATUTE"
S.C. Code of Laws, Section 24-10-20, Article IV. Procedures and Rights. (e) "All inmates who may be confined in a institution pursuant to this provision of this Compact "SHALL" be treated in a reasonable and humane manner and "SHALL" be treated equally with such similar inmates of the recieving state as may be confined in the same institution. The fact of confinement in a 'recieving state' "shall" not be deprived any inmate so confined of any legal rights which the inmate would have had if confined in an appropriate institution of the sending state." Job Coordinator Ms. Carrel informed me that I will not be allowed to work outside the unit because of a nearly 30 year escape. Also, I'm classified as "High Securit" when the sending state classified me as "Medium" custody. I was employed as the "Staff Barber" and allowed to work outside the unit in the sending state. This is depriving me of equal treatment which is mandating by law of the sending state.

**Requested Action:** (Attach additional pages if necessary)

Classify my custody as "Medium" and allow me to work outside the unit or send me back to the sending state...

Inmate/Resident's Signature: [signed] Joseph Dickerson    Date Submitted: 12/11/2018

RECEIVED

Page 1 of 2

03/07

Grievance No.: _____                                                                 14-5B

**RESPONDING STAFF MEMBER'S REPORT:** (Attach additional pages if necessary. All pages must include the grievance number.)

_____

**RESPONDING STAFF MEMBER'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

This is a South Carolina Issue
logged on 10/11/2018

Responding Staff Member's Printed Name: T. Brown       Title: C.O.
Responding Staff Member's Signature: _____  Date: _____
Inmate/Resident's Signature (upon receipt): _____  Date: _____

**INMATE/RESIDENT APPEAL** (Attach additional pages if necessary. All pages must include the grievance number.)

_____

**WARDEN/ADMINISTRATOR'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

_____

Warden/Administrator's Signature: _____  Date: _____
Inmate/Resident's Signature (upon receipt) _____  Date: _____

Exhibit 3



Exhibit 4

IN THE STATE OF MISSISSIPPI ]

COUNTY OF TALLAHATCHIE ]

**AFFIDAVIT**
Roderickus L. Bell

**Personally** appeared before me Roderickus Bell, who being duly sworn, with full knowledge and understanding of the penalty of perjury, swears that:

1. I am Roderickus Bell.

2. I am committed to the care and general population custody of South Carolina Department of Corrections after being convicted and sentence for violating its laws.

3. On June 18, 2018 I was transferred to Kirkland Correctional Institution located in Columbia, South Carolina.

4. On June 21, 2018 I was involuntarily transferred to Tallahatchie County Correctional Facility ("TCCF"), located in Mississippi.

5. Shortly, after arriving to TCCF, I'm being denied the opportunity to attend school, work and rehabilitative programs.

6. Im being confined to our living quarters designated only for those shipped from S.C. for 23 hours with 1 hour of recreation per day.

7. I am being charged sales tax on all items purchased from the canteen with stamps being an exception.

8. I have absolutely no writes since being committed. No-one in general population at S.C. prisons receives this type of treatment.

9. To this day, I have received no response to my S.C. grievances that was mailed to SCDC challenging this unfair and bias treatment/transfer.

SWORN to and SUBSCRIBED before me

On this 19th day of April .2019.

_____
NOTARY PUBLIC FOR MISSISSIPPI

My Commission expires: 11/15/2019

AFFIANT: Roderickus Bell
Roderickus Bell #293109
TCCF
415 US Hwy 49 North
Tutwiler, Mississippi 38963



Exhibit 5

IN THE STATE OF MISSISSIPPI ]

COUNTY OF TALLAHATCHIE ]

**AFFIDAVIT**
David B. Harrell, Jr.

**Personally** appeared before me David Harrell, who being duly sworn, with full knowledge and understanding of the penalty of perjury, swears that:

1. I am David Harrell, Jr.

2. I am committed to the care and general population custody of South Carolina Department of Corrections after being convicted and sentence for violating its laws.

3. On November 26, 2018 I was involuntarily transferred to Tallahatchie County Correctional Facility ("TCCF"), located in Mississippi. Transfer took a week to arrive.

4. Shortly, after arriving to TCCF, I'm being denied the opportunity to attend school, work and rehabilitative programs.

5. Im being confined to our living quarters designated only for those shipped from S.C. for 23 hours with 1 hour of recreation per day.

6. I am being charged sales tax on all items purchased from the canteen with stamps being an exception.

7. Only 1 (2012) write-up since committed to SCDC. No-one in general population at S.C. prisons receives this type of treatment.

8. To this day, I have received no response to my S.C. grievances challenging this unfair and bias treatment/transfer.

SWORN to and SUBSCRIBED before me

On this 11th day of April, 2019.

_Amanda T. Hawkins_
NOTARY PUBLIC FOR MISSISSIPPI

My Commission expires: 11/15/2019

AFFIANT: _David B Harrell JR 260004_
David Harrell, Jr #260004
TCCF
415 US Hwy 49 North
Tutwiler, Mississippi 38963

[Notary Seal: YALANDA T. HAWKINS, Commission Expires 11-15-2019, NOTARY PUBLIC, ID 11439, STATE OF MISSISSIPPI]



Exhibit 6

IN THE STATE OF MISSISSIPPI    ]

COUNTY OF TALLAHATCHIE    ]

**AFFIDAVIT**
Andre M. Massey

**Personally** appeared before me Andre Massey, who being duly sworn, with full knowledge and understanding of the penalty of perjury, swears that:

1. I am Andre Massey.

2. I am committed to the care and general population custody of South Carolina Department of Corrections after being convicted and sentence for violating its laws.

3. On June 18, 2018 I was transferred to Kirkland Correctional Institution located in Columbia, South Carolina.

4. On June 21, 2018 I was involuntarily transferred to Tallahatchie County Correctional Facility ("TCCF"), located in Mississippi.

5. Shortly, after arriving to TCCF, I'm being denied the opportunity to attend school, work and rehabilitative programs.

6. Im being confined to our living quarters designated only for those shipped from S.C. for 23 hours with 1 hour of recreation per day.

7. I am being charged sales tax on all items purchased from the canteen with stamps being an exception.

8. Prior to this transfer, I had 2 write-ups since 2010. No-one in general population at S.C. prisons receives this type of treatment.

9. To this day, I have received no response to my S.C. grievances that was mailed to SCDC challenging this unfair and bias treatment/transfer.

SWORN to and SUBSCRIBED before me

On this 19th day of April .2019.    AFFIANT: _____
Andre Massey #229492
TCCF
415 US Hwy 49 North
Tutwiler, Mississippi 38963

_____
NOTARY PUBLIC FOR MISSISSIPPI

My Commission expires: 11/15/2019



Exhibit 7

IN THE STATE OF MISSISSIPPI ]

COUNTY OF TALLAHATCHIE ]

**AFFIDAVIT**
Stanley R. Oliver

**Personally** appeared before me Stanley Oliver, who being duly sworn, with full knowledge and understanding of the penalty of perjury, swears that:

1. I am Stanley Oliver.

2. I am committed to the care and general population custody of South Carolina Department of Corrections after being convicted and sentence for violating its laws.

3. On June 18, 2018 I was transferred to Kirkland Correctional Institution located in Columbia, South Carolina.

4. On June 19, 2018 I was involuntarily transferred to Tallahatchie County Correctional Facility ("TCCF"), located in Mississippi.

5. Shortly, after arriving to TCCF, I'm being denied the opportunity to attend school, work and rehabilitative programs.

6. Im being confined to our living quarters designated only for those shipped from S.C. for 23 hours with 1 hour of recreation per day.

7. I am being charged sales tax on all items purchased from the canteen with stamps being an exception.

8. My last write-up prior to this transfer was in 2015. No-one in general population at S.C. prisons receives this type of treatment.

9. To this day, I have received no response to my S.C. grievances challenging this unfair and bias treatment/transfer.

**SWORN** to and **SUBSCRIBED** before me

On this 10th day of April , 2019.

_Amanda T. Hawkins_
NOTARY PUBLIC FOR MISSISSIPPI

My Commission expires: 11/15/2019

**AFFIANT** _Stanley Oliver_
Stanley Oliver #192110
TCCF
415 US Hwy 49 North
Tutwiler, Mississippi 38963

Exhibit 3

January 8, 2019

Joseph Dickerson #186877
TCCF G15-210
415 US Hwy 49 North
Tutwiler, MS 38963


Bryan Stirling, Director
SCDC
4444 Broad River Rd
Columbia, SC 29210

   re: HARDSHIP TRANSFER


Director Stirling:

On June 18, 2018, I was selected as one of the 48 inmates that you sent to Mississippi. I don't know how you can stigmatize me as being problematic. I'm not a gang member, nor have I ever been in any gang. I'm completely confused with the procedures that was used to select me as a trouble-maker. I haven't had any major write-ups in nearly 7 years. I was employed as the Staff Barber from 2014 until I was shipped out of state. I was also taking full advantage of the Character Based Unit (CBU) since October 2017.

Director Stirling, you won't find absolutely no staff or inmates to say anything bad about me. I had one confrontation with a homosexual sergeant at Ridgeland for making an inappropriate remark, which I'm beginning to believe now this out of state transfer is retaliation from that incident. Other than that I had absolutely no incidents that could be used to label me as being problematic. With that being said, I'm asking you respectfully to transfer me back to the state and restore my level 2 custody status with an apology for this mistake? This transfer has caused an hardship to my parents, myself and my attorney who has been helping me to get another chance at life on the outside of these fences since 2014. I done filed 2 grievances in regards to this unfair transfer with no response to this day, that's why I'm writing you directly. If I'm not transferred back within 14 days, then I will be compelled to seek other means to adjudicate my complaint. Please respond, respectfully,


                                                Joseph Dickerson

JD/
cc: Barney Giese, Esq.